143 A.3d 383

COMMONWEALTH of Pennsylvania, Respondent,

v.

Jamod ROHN, Petitioner.

No. 87 EM 2016.

Supreme Court of Pennsylvania.

July 27, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2016, the Petition for Review is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.